RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 21 2015

Abel Acosta, Clerk

Court of Criminal Appeals

Trial Cause # 9403483

83,029-02

Lynval M. Pearson T.D.C. # 1847945      In the 263rd Judicial
Relator            VS                    District Court of

Honorable Judge Jim Wallace             Harris County, TX

ORIGINAL APPLICATION FOR WRIT OF MANDAMUS

To the Honorable Judge of said court:

Come Now Lynval Pearson Relator Pro-se in the Above styled And Numbered cause of Action And File this Original Application for Writ of Mandamus ▨▨▨▨ Pursuant to Article 11.07 # 3 (d) of the texas Code of Criminal Procedure See Article 1.01 Relator Lynval Pearson # 1847945 is currently an offender incarcerated in the Texas Department of Criminal Justice and is Appearing Pro-se who can be located At William P. Clement Unit 9601 Spur 591 Amarillo TX 79107 Potter County See Article 1.02 Relator has exhausted his known Remedies And has No other Adequate Remedy At law See Article 1.03 the Act Sought to be Compelled is ministerial Not discretionary in Nature See Article 11.07 # 3 (d) Requires Respondent to immediately Transmit to the Court of Criminal Appeals A Copy of the Application for Writ of Habeas Corpus under Trial Cause # 9403483-(B) All Answer filed And Finding of Facts And conclusion of law, and All Transcript of develop Records. See Article 1.04 the Respondent has Suspend the Act of the Writ of Habeas Corpus in Nature See Article 1.08 to be heard By the Court of Criminal Appeals which is the Final decision Maker in Criminal Action in the State of Texas.

— (1) —

Where As Premises Considered the Relator Requests that this APPLICATION FOR WRIT OF MANDAMUS be heard, Considered And Granted, and that this Court order the Respondent to continued the 11.07 Writ of Habeas Corpus under Trial cause # 9403483-(B), Give its Finding And order the District Clerk to Transmit All Necessary Paperwork to the Court of Criminal Appeals So it can make Final Judgment As a matter of law. I have File A copy of this Original Application for Writ of Mandamus to the Trial court and to the Court of Criminal Appeals.

9-16th 2015
Date

Lynual Pearson
Relator Signature

## Certificate of Service

I Lynual Pearson Relator hereby certify A true And correct copy of the Above Original Application For Writ of Mandamus has Been Served upon and Forward By U.S. Mail Postage Paid First Class to the Respondent, Judge Jim Wallace At P.O. Box 4651 Houston TX 77210 Sent From Bill Clement Unit At 9601 Spur 591 Amarillo TX 79107 For disposition Related to merits on All other Claims see Rule 9.3(b), 28 U.S.C X 1746 For Purpose of Mail Box Rule 4(c).

9-16th-2015
Date

Lynual Pearson
Relator Signature

- [2] -